United States District Court

Eastern District of California

James Hines,

      Plaintiff,　　　　　　　　　　No. Civ. S 03-2385 GEB PAN P

  vs.　　　　　　　　　　　　　　Order

Nuckle, et al.,

      Defendants.

-oOo-

    May 11, 2005, defendants requested an extension of time to oppose plaintiff's April 26, 2005, motion for summary judgment. Good cause appearing, defendant's request is granted and time is extended until July 16, 2005.

    So ordered.

    Dated: May 17, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge