BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1940
 Fax:  (916) 324-5205

Attorneys for Defendants Amero,
Gale, Harrison, Nuchols, and Tutor
48149286-SA2004102577

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES HINES,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**SERGEANT NUCKLE, et al.,**<br><br>                                      Defendants. | NO. CIV-S-03-2385 GEB PAN P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Defendants' second request for an extension of time to file an opposition to Plaintiff's motion for summary judgment was considered by the Court, and good cause appearing, Defendants' request is granted.

**IT IS HEREBY ORDERED** that Defendants shall have until August 30, 2005, to file an opposition to Plaintiff's motion for summary judgment.  No further extensions will be granted absent a showing of manifest injustice.

    Dated:  July 19, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge

1

*[Proposed] Order Granting Defendants' Second Request for EOT to file Opp to Plaintiff's MSJ*