United States District Court

Eastern District of California

James Hines,

     Plaintiff,                     Civ. No. S 03-2385 GEB PAN P

  vs.                             Order on Request for Counsel

Nuckle, et al.,

     Defendants.

-oOo-

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action.  August 1, 2005, plaintiff moved for appointment of counsel and filed a request for production of documents.

    Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue.  When required in a proceeding, only that part of the request and response that is in

issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c). Plaintiff must serve his discovery requests on defendants.

Plaintiff's August 1, 2005, motion for appointment of counsel is denied for reasons explained in the court's October 27, 2004, order. Plaintiff's August 1, 2005, request for production of documents is stricken and the clerk of the court shall make a notation thereon to that effect. Time for plaintiff to oppose defendants' motion to dismiss is extended to September 15, 2005.

So ordered.

Dated: August 23, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge