United States District Court

Eastern District of California

James Hines,

      Plaintiff,                          No. Civ. S 03-2385 GEB PAN P

  vs.                                      Order

Nuckle, et al.,

      Defendants.

-oOo-

    December 20, 2005, plaintiff requested an extension to file a motion to compel.  January 11, 2006, defendants moved for an extension to seek summary judgment.  Good cause appearing, the deadlines set in the July 20, 2005, scheduling order are vacated, as are the pretrial conference and trial dates.  Discovery is extended to April 1, 2006, and all motions to compel must be

///

///

///

1 filed, resolved, and complied with by then.  Dispositive motions
2 must be served and filed on or before May 15, 2006.  So ordered.
3     Dated:  January 12, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge