United States District Court

Eastern District of California

James Hines,

       Plaintiff,                      No. Civ. S 03-2385 GEB PAN P

  vs.                               Order

Sergeant Nuckle, et al.,

       Defendants.

                                -oOo-

    Plaintiff is a state prisoner without counsel litigating a civil rights action against prison officials.

    August 20, 2004, the court directed plaintiff to submit materials for service of defendant Roberts within 90 days, and advised him to seek information for service (i.e., Roberts' first name) through discovery, the California Public Records Act, California Government Code § 6250, et seq., or other means.

    November 10, 2004, plaintiff submitted a letter stating he had inquired with the prison personnel department, to no avail,

1 and requesting the court intervene.

2 The court reminds plaintiff of the methods it suggested for
3 obtaining information to serve Roberts, especially that of
4 discovery served on other defendants who have appeared.

5 Good cause appearing, time for plaintiff to submit
6 information for serving process on defendant Roberts is extended
7 to 60 days from service of this order.  Thereafter, it may be
8 appropriate to dismiss claims against Roberts under Fed. R. Civ.
9 P. 4(m).

10 So ordered.

11 Dated: February 2, 2006.

      /s/ Peter A. Nowinski
      PETER A. NOWINSKI
      Magistrate Judge