IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HINES,

        Plaintiff,                       No. CIV S-03-2385 GEB PAN P

    vs.

NUCKLE, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has filed a request for an extension of time to file objections to the findings and recommendations filed February 8, 2006.  Good cause appearing, the request will be granted in part.  Plaintiff will be granted an extension of time until March 17, 2006 in which to file and serve objections to the findings and recommendations  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's February 27, 2006 request for an extension of time is granted; and

/////

/////

/////

/////

1

1         2. Plaintiff is granted until March 17, 2006 in which to file and serve objections
2 to the February 8, 2006 findings and recommendations. No further extensions of time will be
3 granted.
4 DATED: March 1, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

12
hine2385.36