IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HINES,

      Plaintiff,                        No. CIV S-03-2385 GEB PAN P

   vs.

NUCKLE, et al.,

      Defendants.                <u>ORDER</u>

                                /

        Plaintiff has filed a second request for an extension of time to file objections to the findings and recommendations filed February 8, 2006. By order filed March 2, 2006, plaintiff was granted an extension of time until March 17, 2006 in which to file and serve objections to the findings and recommendations, and plaintiff was cautioned that no further extensions of time will be granted.

        On March 21, 2006, plaintiff filed his second request for extension,[1] stating he had recently been placed in administrative segregation without any of his legal property. Plaintiff

/////

/////

---

[1] Plaintiff's motion was signed and served on March 17, 2006.

1

states he is attempting to make arrangements to gain access to his property as well as to the library, but seeks a thirty day extension of time to file his objections.

IT IS HEREBY ORDERED that:

1. Plaintiff's March 21, 2006 request for an extension of time is granted; and

2. Plaintiff is granted until April 21, 2006 in which to file and serve objections to the February 8, 2006 findings and recommendations. No further extensions of time will be granted.

DATED: March 27, 2006.

UNITED STATES MAGISTRATE JUDGE

001; hine2385.eot2