1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES HINES,

11            Plaintiff,                   No. CIV S-03-2385 GEB PAN P

12       vs.

13   SERGEANT NUCKLE, et al.,

14            Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16            By an order filed August 20, 2004, this court ordered plaintiff to complete and

17   return to the court, within ninety days, the USM-285 forms necessary to effect service on

18   defendant Roberts.  On February 3, 2006, plaintiff was granted an additional sixty days in which

19   to provide said documents.  That sixty day period has since passed, and plaintiff has not

20   responded in any way to the court's order.

21            IT IS HEREBY RECOMMENDED that plaintiff's claims against defendant

22   Roberts be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

23            These findings and recommendations will be submitted to the United States

24   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

25   twenty days after being served with these findings and recommendations, plaintiff may file

26   written objections with the court.  The document should be captioned "Objections to Findings

1

and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 13, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; hine2385.fus