IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HINES,

      Plaintiff,                    No. CIV S-03-2385 GEB EFB P

      vs.

NUCKLE, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* § 1983. He has requested a second extension of time to file and serve an opposition to defendants' December 1, 2006, motion for summary judgment and motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's February 15, 2007, motion is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' December 1, 2006, motion for summary judgment and motion to dismiss. The court will not grant additional requests for extensions of time.

      So ordered.

Dated: March 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE